IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Jeffrey Lee Johnson, Plaintiff, vs. USF Holland, previously identified as Yellow Freight/USF Holland Trucking Co., Dunbar Construction Company, Inc., RT Blackstock Complex, LLC, CB Richard Ellis Realty Trust, Johnson Development Associates, Inc., Southeastern Dock & Door, Inc., and Overhead Door Corporation, Defendants. | ) | C.A. No.: 7:09-CV-03307 **ORDER OF REMAND** |

THIS MATTER is before the Court pursuant to Plaintiff's Motion to Remand (Docket Entry # 22). No response has been filed to this motion, although Defendant Johnson Development filed a Motion to Dismiss the action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), on the basis of lack of subject matter jurisdiction after the joinder of certain nondiverse defendants. (Docket Entry # 20).

This action arises from personal injuries allegedly suffered by Plaintiff while he was unloading a truck at a warehouse located at 3001 North Blackstock Road in Spartanburg, South Carolina. (*See* Pl.'s Am. Compl. ¶¶ 6, 9-12, ECF Docket Entry No. 15.) On November 24, 2009, Plaintiff filed suit against Defendant USF Holland in the South Carolina Court of Common Pleas. USF Holland removed the Action to this Court pursuant to 28 U.S.C. § 1332(a) (2007), on the basis that Plaintiff is a resident of South Carolina and Defendant USF Holland is a citizen of Michigan. (*See* Def.'s Notice of Removal ¶ 5, ECF Docket Entry No. 1.)

On April 13, 2010, Plaintiff filed a Motion for Leave to Amend Complaint and sought to add additional defendants pursuant to Rules 15(a) and 20(a)(2) of the Federal Rules of Civil Procedure. (*See* Pl.'s Mot. for Leave, ECF Docket Entry No. 13.) On April 15, 2010, this Court entered a Consent Order allowing Plaintiff to amend his Complaint. (*See* Consent Order, ECF Docket Entry No. 14.) On April 21, 2010, Plaintiff filed Plaintiff's Amended Complaint, in which Plaintiff added Dunbar Construction Company, Inc.; RT Blackstock Complex, LLC; CB Richard Ellis Realty Trust; Johnson Development; Southeastern Dock & Door, Inc.; and Overhead Door Corporation as defendants. (*See* Pl.'s Am. Compl. ¶¶ 3-4, ECF Docket Entry No. 15.)

Based upon the pleadings it appears that Plaintiff is a resident of Spartanburg, South Carolina and defendants Johnson Development Associates, Inc.; Dunbar Construction Company Incorporated; and Southeastern Dock and Door Incorporated are organized and existing under the laws of South Carolina. (*See* Plaintiff's Amended Complaint and Answers filed by the defendants.) Therefore, complete diversity is lacking under 28 U.S.C. § 1332 (2007). *See Mayes v. Rapoport*, 198 F.3d 457, 461-462 (4th Cir. 1999) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court. These are the only two options for a district court faced with a post-removal attempt to join a nondiverse defendant; the statute does not allow a district court to retain jurisdiction once it permits a nondiverse defendant to be joined in the case.") The plaintiff does not allege a federal question under 28 U.S.C. § 1331 (2007). Therefore, this Court lacks subject matter jurisdiction over this action.

For the reasons set forth above, it is hereby ORDERED that the above-styled action is remanded to State court.

It is FURTHER ORDERED that the Clerk of Court for the United States District Court for the District of South Carolina is hereby DIRECTED to forward a certified copy of this Order to the Clerk of Court of the Seventh Judicial Circuit.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
The Honorable R. Bryan Harwell
United States District Court Judge

July 14, 2010
Florence, South Carolina